[No. 1954-1.   Division One.   March 3, 1975.]

FRANKLIN R. KING, *Appellant,* v. FUTRELL, INCORPORATED, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 743212, George H. Revelle, J., entered August 31, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Farris, J.

[No. 2969-1.   Division One.   March 3, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD N. CANADY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 66519, Janice Niemi, J., entered March 27, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.

[No. 2678-1.   Division One.   March 3, 1975.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY BROWN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 64913, Peter K. Steere, J., entered November 16, 1973. *Dismissed* by unpublished per curiam opinion.